IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

ALL UNKNOWN HEIRS OF JANET L. JONES, DECEASED and ALL UNKNOWN HEIRS OF KAREN L. FISCHER, DECEASED,

    Defendants.

Civil Action No. 2:14- CV-00261

## ORDER OF COURT
## AUTHORIZING ALTERNATE SERVICE PURSUANT TO PA.R.C.P. 430

AND NOW, to wit, this 3d day of June, 2014, upon consideration of Plaintiff's foregoing Motion for Alternate Service it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff is hereby authorized to obtain service of the Summons and Amended Complaint in Mortgage Foreclosure upon Defendants, All Unknown Heirs of Janet L. Jones and All Unknown Heirs of Karen L. Fischer, Deceased, will be provided by posting the property at 110 Grant St, Burgettstown, PA 15021 and by publication.

BY THE COURT:

_Maurice B. Cohill Jr._ J.