IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALL UNKNOWN HEIRS OF JANET L.
JONES, DECEASED and ALL UNKNOWN
HEIRS OF KAREN L. FISCHER,
DECEASED,

    Defendants.

Civil Action No. 2:14-CV-00261

## JUDGMENT

**AND NOW**, to wit, this _22nd_ day of _July_, 2014, after presentation and consideration of the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure, heretofore filed by the Plaintiff, United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendants, All Unknown Heirs of Janet L. Jones, Deceased, and All Unknown Heirs of Karen L. Fischer, Deceased, jointly and severally, for failure to answer and in favor of Plaintiff, United States of America, as follows:

| | |
|---|---|
| (a) Principal and advances | $47,438.09 |
| (b) Interest through 8/28/13 | $ 1,847.65 |
| (c) Interest from 8/29/13 to 7/10/14 at the daily rate of $8.4189 | $ 2,660.37 |
| (d) Interest Credit Subject to Recapture | $30,672.85 |
| (e) Attorney fees | $ 950.00 |
| (f) Penalty | $ 785.70 |
| TOTAL | $84,354.66 |

together with interest at 6.375% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for the

purpose of satisfying Plaintiff's Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

*[signature]*
United States District Court Judge